IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : REDACTED |
| v. | : Criminal Action No. 07- 137-UNA |
| JEFFREY GRAY, a/k/a "Dahmer," | : |
| Defendant. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From in or around January 2005, and continuing up to on or about October 30, 2006, in the District of Delaware, and elsewhere, including the Eastern District of Pennsylvania, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, did knowingly conspire, with other indicted and unindicted co-conspirators known and unknown to the grand jury, to knowingly distribute, and possess with intent to distribute, more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

### COUNT II

On or about October 30, 2006, in the District of Delaware and in the Eastern District of Pennsylvania, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, did knowingly attempt to possess with intent to distribute more than five hundred grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. §

841(a)(1) and (b)(1)(B).

All in violation of 21 U.S.C. § 846.

## COUNT III

On or about the October 30, ~~2007~~ 2006 [handwritten: 2006 different ~~], in the District of Delaware and in the Eastern District of Pennsylvania, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, did knowingly possess a firearm, to wit, a Smith & Wesson 9mm pistol, model 5906, serial number AIP 7602, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, conspiracy to possess with intent to distribute, and to distribute, more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT IV

On or about October 30, 2006, in the Eastern District of Pennsylvania, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit the delivery of currency to purchase cocaine, which involved the proceeds of a specified unlawful activity, to wit, the distribution of cocaine in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of specified unlawful activity, to wit, the distribution of cocaine in violation of 21 U.S.C. § 841(a)(1), and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, that is monetary instruments in the form of United States Currency, represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 2.

2

## COUNT V

On or about October 30, 2006, in the Eastern District of Pennsylvania, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 6, 1997, in the Superior Court of the State of Delaware in and for New Castle County, did knowingly possess in and affecting commerce a firearm, to wit, a Smith & Wesson 9mm pistol, model 5906, serial number AIP 7602, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Count I of this Indictment, JEFFREY GRAY, a/k/a "Dahmer," defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Douglas E. McCann
Assistant United States Attorney

Dated: October 11, 2007

4