IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA,                    :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :   Criminal Action No. 07- 137-UNA
                                             :
JEFFREY GRAY,                                :
                                             :
            Defendant.                       :

## MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann,

Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable

Court for the issuance of an arrest warrant against the defendant, Jeffrey Gray, as a result of the

Indictment returned against him on October 11, 2007.

                            COLM F. CONNOLLY
                            United States Attorney

                    By:_____
                            Douglas E. McCann
                            Assistant United States Attorney

Dated:   October 11, 2007

**AND NOW**, this _____ day of _____, 2007, upon the foregoing

Motion, **IT IS ORDERED** that a warrant issue for the arrest of Jeffrey Gray.

                    _____
                    Honorable Leonard P. Stark
                    United States Magistrate Judge