*Govt. filed in open court on 11/6/07*
*(RPG for KJK)*

⑤

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 07-__137__ |
| JEFFREY GRAY, | : |
| Defendant. | : |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____   Crime of violence (18 U.S.C. § 3156)

    _X_   Maximum sentence life imprisonment or death

    _X_   10+ year drug offense

    ____   Felony, with two prior convictions in above categories

    ____   Minor victim

    _X_   Possession/ use of firearm, destructive device or other dangerous weapon

    ____   Failure to register under 18 U.S.C. § 2250

    _X_   Serious risk defendant will flee

    ____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __x__    Defendant's appearance as required

    __x__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ____    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    __x__    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 5th day of November, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                      By: _____
                                              Douglas E. McCann
                                              Assistant United States Attorney