## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-137-JJF |
| | ) |
| JEFFERY GRAY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SCHEDULING CONFERENCE

**NOW COMES** the United States and moves for a scheduling conference in the above captioned case. The deadline for pre-trial motions expired on January 4, 2008, and no motions have been filed by the defense. No other motions are currently pending before this Court.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of its order setting a scheduling conference, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:  /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorney

Dated: January 9, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-137-JJF |
| | ) |
| JEFFERY GRAY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS ORDERED that a scheduling conference is set for _____, 2008, at ___.m. in Courtroom 4B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. The Court finds that as a continuance would serve the interests of justice, the time between the date of this Order and the date of the scheduling conference, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

                                                _____
                                                Honorable Joseph J. Farnan, Jr.
                                                United States District Court Judge

Dated: