IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr. A. No. 07-137-JJF |
| JEFFREY GRAY, | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** enter in the appearance of Ilana Eisenstein, Assistant United States Attorney for the District of Delaware, as co-counsel of record for the government in the above-captioned case.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                         By: _____
                                                Ilana Eisenstein
                                                Assistant United States Attorney

Dated: January 14, 2008