IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-137 JJF |
| JEFFREY GRAY, | : | |
| Defendant. | : | |

<u>O R D E R</u>

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **February 6, 2008 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

January 23, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE