# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-137-JJF |
| | ) | |
| JEFFERY GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING OR STATUS CONFERENCE

**NOW COMES** the United States and moves for a scheduling or status conference in the above captioned case. Trial in the above captioned matter is currently scheduled for April 14, 2008. The Government understands from defense counsel that the defense may not be able to go to trial on April 14, 2008. The Government respectfully requests a conference with this Court to determine whether the trial will go forward on April 14, 2008, or to set a new trial date.

The United States further requests that this Court exclude under the Speedy Trial Act any time from the date of filing of this Motion, until the date of the scheduling conference. The United States submits that the ends of justice served by a continuance would outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:

Hana H. Eisenstein
Assistant United States Attorney

Dated: March 25, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-137-JJF |
| | ) | |
| JEFFERY GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ORDERED that a scheduling/status conference is set for

_____.  As a continuance would serve the interests of justice, the

time between March 25, 2008, and _____, shall be excludable under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(8).


_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge


Dated: