IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELWARE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                             Criminal Action No. 07-137-JJF

JEFFREY GRAY,

    Defendant,

## ORDER

The foregoing Motion to Continue the Trial Date, having been received and considered, IT IS HEREBY ORDERED that:

1. The application to continue the trial date of April 14, 2008 is GRANTED;

2. A new trial date of May 12, 2008 is established;

3. The time between April 14, 2008 and May 12, 2008 shall not count against the time under the Speedy Trial Act.

    **SO ORDERED THIS \_\_\_\_\_ day of April, 2008.**

    _____

    **Hon. Joseph J. Farnan**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

    Plaintiff,

  v.                                                           Criminal Action No. 07-137-JJF

JEFFREY GRAY,

    Defendant

## CERTIFICATE OF SERVICE

      The undersigned attorney for defendant Jeffrey Gray hereby certifies that a copy of the proposed form of Order to Defendant's Motion to Continue the Trial Date is available for public viewing and downloading and was electronically delivered on April 7, 2008, to:

Ilana Eisenstein, Esquire
Assistant U.S. Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

                                      /s/ Joseph A. Gabay
                                      Joseph A. Gabay, Esquire
                                      901 N. Market Street
                                      Suite 840
                                      Wilmington, DE 19801
                                      Attorney for Defendant Jeffrey Gray