IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-137 JJF |
| JEFFREY GRAY, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, Defendant has filed a Motion For Continuance of Trial set to commence on April 14, 2008 and agrees to waive the time with regard to the Speedy Trial Act (D.I. 17);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial scheduled to commence on April 14, 2008 is CANCELLED.

2) Trial will commence on **May 12, 2008 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3) The time between April 14, 2008 and May 12, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 9, 2008
DATE

UNITED STATES DISTRICT JUDGE