IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JEFFREY GRAY,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)   Criminal Action No. 07-137-JJF<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Douglas E. McCann from the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY<br>
United States Attorney

By: _____<br>
Ilana Eisenstein<br>
Assistant United States Attorneys<br>
1007 Orange Street<br>
Suite 700<br>
P.O. Box 2046<br>
Wilmington, Delaware 19899-2046<br>
(302) 573-6277

DATED: May 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-137-JJF |
| | ) | |
| JEFFREY GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 8th day of May, 2008, I caused to be electronically filed a **NOTICE OF WITHDRAWAL OF APPEARANCE** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Joseph A. Gabay
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801


/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant