IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff<br>  v.<br><br>JEFFREY GRAY<br>a/k/a "Dahmer,"<br>      Defendant. | )<br>)<br>)<br>) Criminal Action No. 07-137-JJF<br>)<br>)<br>)<br>) |

## INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that JEFFREY GRAY, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841, by virtue of the defendant's prior conviction for a felony drug offense, to wit, Trafficking between 5 grams and 50 Grams of Cocaine, in the Superior Court of the State of Delaware in and for New Castle County on or about January 6, 1997.

                 COLM F. CONNOLLY
                 United States Attorney

          BY: _____
              Ilana H. Eisenstein
              Assistant United States Attorney

Dated: May 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-137-JJF |
| | ) | |
| **JEFFREY GRAY** | ) | |
| a/k/a "Dahmer," | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 9th day of May, 2008, I caused to be electronically filed a **Information Pursuant to 21 U.S.C. § 851** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

> Joseph A. Gabay, Esquire
> 901 North Market Street
> Suite 840
> P.O. Box 2365
> Wilmington, DE 19899

> /s/Brandi C. Everett
> Brandi C. Everett
> Legal Assistant