IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-137-JJF |
| JEFFREY GRAY, a/k/a "Dahmer," | : | |
| Defendant. | : | |

**PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

NOW COMES the United States of America, by and through its undersigned attorney, and hereby files the following supplemental proposed jury instruction for the Court's consideration in the above-captioned case:

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
      Ilana H. Eisenstein
      Assistant United States Attorney
      1007 Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      (302) 573-6277

Dated: May 19, 2008

## **PREVIOUS PROCEEDING OF DEFENDANT**

You have heard that there was a prior proceeding in this case. You should not, however, concern yourself with this fact.

Your verdict must be based solely on the evidence in the present trial, in accordance with the Court's instructions, without any regard to what may have occurred earlier.

Model Criminal Jury Instructions, Third Circuit, § 2.33.