Trial ended - 5/20/08
Started - 5/13/08.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, Plaintiff )
v. )
) Criminal Action No. 07-137-JJF
JEFFREY GRAY )
a/k/a "Dahmer," )
Defendant. )

## GOVERNMENT'S EXHIBIT LIST

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Gun | Miller | ✓ |
| 2 | Video Clip – first hotel meeting (N-39) | Miller | 5/13 |
| 2A | Audio Clip – second hotel meeting (N-62) | | |
| 2B | Video Clip – second hotel meeting (N-37) | | |
| 3 | Transcript of GX-2 | Miller | ✓ |
| 4 | Video Clip – arrest (N-49) | Miller | ✓ |
| 5A | Photo of money | | |
| 5B | Photo of money | Miller | ✓ |
| 6 | Antik Denim box | " | ✓ |
| 7 | Bag | " | ✓ |
| 8 | Evidence Bag with Rubber Bands | " | ✓ |
| 9 | Ammunition | Special Agent Fyock | ✓ 5/14/08 |
| 10 | Timeline Exhibit | | |
| 11 | Enlarged Photo of Residence Inn/Island Ave. | Miller | 5/13 |
| 12A | DEA Evidence Bag containing gun | " | ✓ |
| 12B | DEA Evidence Receipt for gun (N-59) | | |
| 13A | Fyock Report #2 (receipt of gun from DEA) | | |
| 13B | Fyock Report #9 (Shepherd saliva sample) | | |

Fyock →
Fyock →

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 13C | Curley Report (interstate nexus) | | |
| 13D | Fyock Report #5 (Gray saliva sample) | | |
| 13E | Fyock Report #9 (Shepherd saliva sample) | | |
| 14A | ATF Evidence Transmittal – Gun | | |
| 14B | ATF Evidence Transmittal – Gray sample | | |
| 14C | ATF Evidence Transmittal - Shepherd sample | | |
| 15 | Swab Envelopes – Gray | Fyock - W6 (Govt) | ✓ 5/14/08 |
| 16 | Swab Envelope – Shepherd | Fyock · W6 (Govt) | ✓ 5/14/08 |
| 17 | Swab Envelope - Gun | W6. | 5/14/08 |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | Pictures of packaging for Gun swab | | |
| 22 | Pictures of packaging for Gun swab | | |
| 23 | Pictures of packaging for Gun swab | W7 (Govt) | ✓ 5/14/08 |
| 24 | Pictures of packaging for Gun swab | W7 (Govt) | ✓ 5/14/08 |
| 25 | Pictures of packaging for Gun swab | | |
| 26 | Pictures of packaging for Gun swab | W8 (Govt) | ✓ 5/15/08 |
| 27 | Pictures of packaging for Gun swab | | |
| 28 | | | |
| 29 | | | |
| 30 | Cariola C.V. (Resume) | W8 (Govt) | ✓ 5/15/08 |
| 31 | Photo of Fed Ex Envelope (Gray swab) | | |
| 32 | Photo of Fed Ex Envelope (Gray swab) | | |
| 33 | Photo of Fed Ex Envelope (Gray swab) | | |

✓ 5/14/08
✓ 5/14/08
✓ 5/15/08 ?
✓
✓
✓ 5/15 5/15/08 ?
✓

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 34 | Photo of Fed Ex Envelope (Gray swab) | | |
| 35 | Photo of Pink Envelopes with DNA Swab | | |
| 36 | Photo of Two Blue Envelopes with DNA Swab | W (Govt) | ✓ 5/15/08 |
| 37 | Photo "A" Blue Envelope w/Swab | | |
| 38 | Case Folder Review Form | | |
| 39 | Summary DNA Profile (case # 2S06-115)– comparison, dated February 28, 2007 | W8 (Govt) | ✓ 5/15/08 |
| 40 | Summary DNA Profile (case # 2S07-015), dated February 28, 2007 | W8 (Govt) | ✓ 5/15/08 |
| 41 | Population Statistics | | |
| 42 | Case Folder Review Form, dated 3/22/07 | | |
| 43 | Summary DNA Profile – comparison, dated March 23, 2007 | ? | ✓ 5/15/08 |
| 43A | Summary DNA Profile – comparison, dated March 23, 2007 (Person X- 2S07-015) | W8 (Govt) | ✓ 5/15/08 |
| 44 | Bode Evidence Case Notes | | |
| 45 | Chain of Custody Form, Swabs labeled "S&W handgun" | W8 (Govt) | ✓ 5/15/08 |
| 46 | Casework Review Form, dated 1/11/07 and 1/17/07 | | |
| 47 | Summary DNA Profile, Handgun, dated January 18 , 2007 | W8 (Govt) | ✓ 5/15/08 ? |
| 48 | Inventory Case Notes, dated February 6, 2007 | W8 (Govt). | ✓ 5/15/08 |
| 48A | Inventory Case Notes, dated March 14, 2007 | | |
| 49 | Chain of Custody, Swabs labeled "Jeffrey A. Gray" | W8 (Govt) | ✓ 5/15/08 |
| 50 | Cromartie C.V. | W7 (Govt) | ✓ 5/14/08 |
| 51 | Cromartie DNA Comparison Report | W7 (Govt) | ✓ 5/14/08 |

✓ 5/15/08 w/8

✓

✓

✓

✓

✓

✓ bs

✓

✓

✓

✓

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 52A | Cromartie Firearm Swab Report | W7 (Govt) | ✓ 5/14/08 |
| 52B | Cromartie notes re: swab of gun | W7 (Govt). | ✓ 5/14/08 |
| 53 | Evidence Control Card (Gun) | | |
| 54A | Cromartie Report re: receipt of Gray swabs | W7 (Govt) | ✓ 5/15/08 |
| 54B | Cromartie Notes re: Gray Swabs | W7 (Govt) | ✓ 5/15/08 |
| 54C | Cromartie e-mail re: change of exhibit number | | |
| 55 | Evidence Control Card (Gray swabs) | | |
| 56 | Evidence Control Card (Shepherd swabs) | | |
| 57 | Cromartie Notes re: Shepherd Swabs | W7 (Govt) | ✓ 5/15/08 |
| 58 | Alleles Detected chart (Shepherd comparison) | W7 (Govt) | ✓ 5/15/08 |
| 59 | | | |
| 60 | Sprint/Nextel Call Records -302-218-7808 | W13 (Govt) | ✓ 5/16/08 |
| 60A | Sprint/Nextel Stipulation – Business Records | W13 (Govt) | ✓ 5/16/08 |
| 60B | Sprint/Nextel Stipulation – Cell Site Definition | Read to Ct. | 5/16/08 |
| 61 | CD/DVD re: Nextel cellular phone towers | W13 (Govt) | ✓ 5/16/08 |
| 61A | Map of Wilmington to Philadelphia with cellsites | W13 (Govt) | ✓ 5/16/08 |
| 61B | Map of South Street with cellsite | W13 (Govt). | ✓ 5/16/08 |
| 62 | Sprint/Nextel Subscriber History – 302-218-7808 | W13 (Govt) | ✓ 5/16/08 |
| 63 | Torrence Plea Agreement | ~~5/16/08~~ W11 (Govt) | ✓ 5/16/08 |
| 64 | Photo Lineup | | |
| 65 | Shepherd Plea Agreement | W9 (Govt) | ✓ 5/15/08 |
| 66 | Cingular Phone Records | ~~W1~~ W3 (Govt) | ✓ 5/14/08 |
| 67 | Greene Report of Shepherd Arrest and Statement 10/30/06 | | |
| 66A | Stipulation re: Cingular phone records | W3 (Govt) | ✓ 5/14/08 |

JJF
NOT Ad.
JJF
JJF
JJF
JJF
JJF
JJF

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 68 | Shepherd Grand Jury Testimony 10/10/07 (re Conspiracy) | | |
| 69 | Shepherd Grand Jury Testimony 7/12/07 (re Gray) | | |
| 70 | Tanea Kaywood 302 | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | Certificate of Auth. for Bus. record. Newark Toyota World | W13 (Govt) | 5/16/08 ✓ |
| 76 | | | |
| 77 | | | |
| 78 | | | |
| 79 | | | |
| 80 | B. Torrence GJ testimony 8/16/07 | | |
| 81 | B. Torrence GJ testimony 10/3/06 | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |
| 85 | | | |
| 86 | | | |
| 87 | | | |
| 88 | | | |
| 89 | | | |
| 90 | Borgata Gambling Records –Summary | W12 (Govt) | 5/16/08 |
| 91 | Borgata Gambling Records – Detail of 10/08/06 | W12 (Govt) | 5/16/08 |

JJF
JJF
JJF

| Exhibit | Description | Witness | Admitted |
|---|---|---|---|
| 92 | Borgata Gambling Records – Detail of 10/30/06 | W12 (Govt) | 5/16/08 ✓ |
| 93 | Borgata Gambling Records – Information about JG | W12 (Govt) | 5/16/08 ✓ |
| 94 | Copy of Borgata Player Card | Miller | ✓ |
| 95 | Borgata Policy Changing/Verifying Straps | | |
| 96 | Borgata Record Detail | W12 (Govt) | ✓ 5/16/08 |
| 97 | | | |
| 98 | | | |
| 99 | | | |
| 100 | Commerce Bank Records | W13 (Govt) | 5/16/08 ✓ |
| 100A | Commerce Bank Records Stipulation | W13 (Govt) | 5/16/08 ✓ |
| 101 | Department of Labor Wages Report | W13 (Govt) | 5/16/08 ✓ |
| 101A | Department of Labor Public Record Certification | W13 (Govt) | 5/16/08 ✓ |
| 102 | Department of Revenue Absence of Record Certification | W13 (Govt) | 5/16/08 ✓ |
| 103 | Diagram of Cash Deposits | W13 (Govt) | 5/16/08 ✓ |
| 104 | | | |
| 105 | Stipulation – Felony | | 5/16/08 ✓ |
| 106 | Stipulation – Interstate Nexus | | 5/16/08 ✓ |
| 107 | | | |
| 108 | | | |
| 109 | | | |
| 110 | WSFS Bank Records – Monica Stowe Gray | | |
| 110A | WSFS Bank Record certification | | |