AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA

v.

Jeffrey Gray

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-137

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Ilana H. Eisenstein | Joseph A. Gabay |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/13- | Hawkins Reporting Service | Nicole Selmyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 5/13/08 | | | Special Agent Eric Miller |
| W2 | | 5/14/08 | | | Officer (Newark) Michael Van Campen, task force DEA agent |
| W3 | | 5/14/08 | | | Tanea Kaywood |
| W4 | | " | | | Special Agent Mark McHugh |
| W5 | | " | | | Special Agent (FBI) Jeffrey Walker |
| W6 | | 5/14/08 | | | Special Agent (ATF) Patrick Fyock |
| W7 | | 5/14/08 | | | ATF employee Carter Cromartie |
| W8 | | 5/15/08 | | | Expert (DNA) Michael Cariola |
| W9 | | 5/15/08 | | | Robert Shepard |
| W10 | | 5/16/08 | | | Nilesh Manjrawala - Borgata employee |
| W11 | | 5/16/08 | | | Bradley Torrence |
| W12 | | 5/16/08 | | | Jonathan Marcus - Borgata employee |
| W13 | | 5/16/08 | | | Raymond Greene - IRS Special Agent |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages