# REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-137-JJF |
| | ) | |
| JEFFREY GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## JURY VERDICT

As to Count I, charging the Defendant with conspiracy to distribute, and to possess with the intent to distribute, five kilograms or more of cocaine, we the jury find the Defendant:

    ✓    Guilty    _____    Not Guilty

As to Count II, charging the Defendant with attempted possession with the intent to distribute 500 grams or more of cocaine, we the jury find the Defendant:

    ✓    Guilty    _____    Not Guilty

As to Count III, charging the Defendant with possession of a firearm in furtherance of a drug trafficking crime, we the jury find the Defendant:

    ✓    Guilty    _____    Not Guilty

As to Count IV, charging the Defendant with money laundering we the jury find the Defendant:

    ✓    Guilty    _____    Not Guilty

As to Count V, charging the Defendant with possession of a firearm by a felon, we the jury find the Defendant:

    ✓    Guilty    _____    Not Guilty

**REDACTED**

_____          _____
Jury Foreman                        Juror

_____          _____
Juror                               Juror

_____          _____
Juror                               Juror

_____          _____
Juror                               Juror

_____          _____
Juror                               Juror

Dated: May 20, 2008