IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   :
                            :
        Plaintiffs,         :
                            :
    v.                      : Criminal Action No. 07-137-JJF
                            :
JEFFREY GRAY,               :
                            :
        Defendant.          :

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 14 jurors in the above entitled case for May 14, 2008, thru May 20, 2008.

May 20, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE