CR 07-137   JJF

To whom it may concern,

    I, Jeffrey Gray, would like to request a copy of my trial transcripts, court dockets, and any other documents pertaining to my case. I have enclosed the necessary in forma pauperis form along with verification of the balance of my inmate account. I do not have any assets. Your time and consideration in regards to this matter is greatly appreciated.

                                    Respectfully Submitted,

                                    *Jeffrey A. Gray*
                                  Jeffrey A. Gray

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

For The _____   District of   Delaware

<table>
<tr><td>Plaintiff<br>V.<br><br>Defendant</td><td>APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br>CASE NUMBER: 07-137-UNA</td></tr>
</table>

I, __Jeffrey Gray__ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant        ☑ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Salem County Correctional Facility__

   Are you employed at the institution? __yes__    Do you receive any payment from the institution? __yes, $3.50 per/week__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**MRS. JOYCE S. MASSEY, CSW**
Director of Social Rehabilitation
**SALEM COUNTY CORRECTIONAL FACILITY**
125 Cemetery Road
Woodstown, NJ  08098
(856) 769-4300 Ext. 730
Fax.(856) 769-3578

**MAY 30, 2008**

**TO WHOM IT MAY CONCERN:**

    This letter is to verify that inmate **Jeffrey A. Gray, DOB 8/28/1978,** has $49.35 in his inmate account as of this date, May 30, 2008.
    Any questions or concerns regarding this matter should be directed to me. Thank you.

                                           Sincerely,

                                           *Joyce S. Massey*

                                           (Mrs.) Joyce S. Massey, CSW
                                           Director of Social Rehabilitation

Jeffrey Gray
S.C.C.F
125 Cemetary Rd
Woodstown, NJ 08098

SOUTH JERSEY NJ 080
10 JUN 2008 PM 7 L
USA 42

U.S.M.S.
X-RAY

Clark, U.S. District Court:
Dr. Peter T. Dalleo
U.S. Cthse., 844 King St.
Lockbox 18
Wilmington, DE 19801