OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 12, 2008

TO:

**Joseph A. Gabay**
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801

      **RE:  Letter By Jeffrey A. Gray Received By the Clerk -
          Requesting Copywork
          CR 07-137 JJF  - USA v. Gray**

Dear Mr. Gabay:

    The Clerk's office is in receipt of the above-referenced letter which has been forwarded to your office without action by the Clerk of Court.

                              Sincerely,

                              PETER T. DALLEO
                              CLERK

/rwc
cc: The Honorable Joseph J. Farnan, Jr.