# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 23, 2008

Mr. Joseph A. Gabay, Esq.
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801

> RE: Letter by Jeffrey A. Gray Received by the Clerk -
> Regarding Sentencing
> CR 07-137 JJF - <u>USA v. Gray</u>

Dear Mr. Gabay:

The Clerk's office is in receipt of the above reference letter which has been forwarded to your office without action by the Clerk of the Court.

Sincerely,

PETER T. DALLEO
CLERK

/nms
cc: The Honorable Joseph J. Farnan, Jr.
    Ilana H. Eisenstein, Esq.