IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELWARE

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                      Criminal Action No. 07-137-JJF

JEFFREY GRAY,

      Defendant,

## ORDER

The foregoing Motion to Continue the Sentencing Date, having been received and considered, IT IS HEREBY ORDERED that:

1. The application to continue the sentencing date of September 4, 2008 is GRANTED;

2. A new sentencing date will be established.

**SO ORDERED THIS** $\underline{27}$ **day of August, 2008.**

Hon. Joseph J. Farnan

1