THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-137 JJF |
| JEFFREY GRAY, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court granted a continuance of the September 4, 2008 Sentencing in the above-captioned matter (D.I. 38);

NOW THEREFORE, IT IS HEREBY ORDERED that Sentencing is scheduled for **October 7, 2008 at 11:00 a.m.** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

August 31, 2008
DATE

UNITED STATES DISTRICT JUDGE